DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAFFREY HASSAN,**
Appellant,

v.

**NORTH DIXIE FITNESS, LLC,**
Appellee.

No. 4D18-2508

[October 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2017-CA-005084-XXXX-MB.

Brett K. Findler of Findler & Findler, P.A., Boca Raton, for appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***